```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17443
    DOUGLAS ALLEN FORSYTH
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-1952


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/25/2007 and was not confirmed.

     The case was dismissed without confirmation 11/08/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HOME LOAN SERVICES           SECURED NOT I   286509.46         .00            .00
WELLS FARGO FINANCIAL IL     UNSECURED          779.56         .00            .00
WASHINGTON MUTUAL            CURRENT MORTG        .00          .00            .00
WASHINGTON MUTUAL            SECURED NOT I     6596.06         .00            .00
DISCOVER FINANCIAL SERVI     UNSECURED         8860.11         .00            .00
HOME LOAN SERVICES           SECURED NOT I    36226.75         .00            .00
AMERICAS SERVICING COMPA     CURRENT MORTG        .00          .00            .00
AMERICAS SERVICING COMPA     SECURED NOT I    19822.21         .00            .00
SAULIUS V MODESTAS           DEBTOR ATTY          .00                         .00
TOM VAUGHN                   TRUSTEE                                          .00
DEBTOR REFUND                REFUND                                           .00

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                            --------------    --------------
TOTALS                          .00                   .00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 17443 DOUGLAS ALLEN FORSYTH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```